**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

The Homark Company, Inc.,

Debtor.

Case No.: 26-60130
Chapter 7

# NOTICE OF SALE

To: The United States Trustee, all creditors and other parties in interest.

The Debtor's ownership interests in the below assets are non-exempt property of the bankruptcy estate. The Trustee is liquidating the assets of the Debtor and paying their creditors with the expectation of having funds remaining to benefit the creditors of the Debtor's bankruptcy estate.

The Trustee is giving notice that, unless a party-in-interest objects, on **November 5, 2026**, or as soon thereafter as the transaction may be completed, the following sales of the Companies assets will be considered final:

| Asset | Price | Security Interest | Buyer |
|---|---|---|---|
| 1973 Chevrolet Dump Truck<br>Cummins Turbo Diesel<br>VIN # 3C63D3CL2CG307590 | $1500 | | Rylan Torstveit<br>15690 110th St NE<br>Thief River Falls MN 56701 |
| 2- 10 ton Walker floor jacks<br>1 10 ton floor jack (parts) | $450 | | Darrell Donnell<br>44541 393rd Ave SE<br>Lengby MN 56651 |
| 1999 Toyota 7FGU32 Forklift,<br>Serial Number 60497 | $3750 | | Estling Farms Inc<br>67349 County Rd 12<br>Roosevelt MN 56673 |
| Misc scrap iron at $50/ton<br>1 metal cart | $272.50 | | Larry Casavan<br>PO Box 104<br>Plummer MN 56748 |
| 1 gas fuel barrel and stand<br>1 diesel fuel barrel and stand | $200 | | Otto Farms<br>34609 230th St<br>Roseau MN 56751 |
| 1 used tire | $35 | | Kurt Casavan<br>11534 220th St SE<br>Red Lake Falls MN 56750 |
| 1 pipe threading machine | $500 | | Steinbrink Enterprises LLC<br>PO Box 213<br>Crookston MN 56716 |
| 4 Knack Storage boxes | $1000 | | Steinbrink Enterprises LLC<br>PO Box 213<br>Crookston MN 56716 |
| Alto Clarke Model 16 Floor Sander | $350 | | Kirsten Johnson<br>7409 Oakland Ave<br>Richfield MN 55423 |

| | | | |
|---|---|---|---|
| 1 - 2 step plastic stairs<br>1 - 3 step plastic stairs<br>1 - 5 step plastic stairs<br>4 - used tires @ $35/each | $240 | | Blake Owens<br>14920 - 250th Ave NW<br>Warren MN 56762 |

The trustee believes the sales are in the best interest of the estate. The assets are sold “as is” without any representations and warranties. The Trustee is being assisted in the sale by Kevin Harmoning who is employed as an agent for Debtor’s estate (Doc 17) and is assisting the Trustee with the sale of the assets..

OBJECTION: MOTION: HEARING. Any objection to this sale must be filed and served not later than **Thursday, October 29, 2026**, which is seven days before the date set for the proposed sale (including Saturdays, Sundays, and holidays). The objection is governed by Fed. R. Bankr. P. 9014(a), which states relief shall be requested by motion. If a Motion Objecting to Proposed Sale of Property of Estate is timely served and filed, the court may hold a hearing on the objection. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

Dated: October 14, 2026

/e/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W Washington Ave, Ste 105
Fergus Falls, MN 56537
218-998-2775
erik@ahlgrenlawoffice.net